UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

JOSEPH FEICHTL,

           Plaintiff,

      v.

CHASE BANK, et al.,

           Defendants.

------------------------------------------x

11 Civ. 3715(BSJ)(MHD)

**Order**

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

    On January 3, 2012, the Honorable Michael H. Dolinger, U.S. Magistrate Judge, issued a Report and Recommendation ("Report"), recommending that the above-captioned case be dismissed without prejudice with respect to defendant Benton, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, for failure to serve the defendant. (Dkt. 20.) Plaintiff failed to object to Judge Dolinger's Report within fourteen days, as ordered. For that reason alone, Plaintiff has waived any right to review by this Court. See, e.g., Frank v. Johnson, 968 F.2d 298, 300 (2d Cir. 1992). Accordingly, the Court adopts the Report in full, dismissing the complaint without prejudice with respect to defendant Benton. The Clerk of the Court is directed to revise the caption accordingly.

SO ORDERED:

                                   _____
                                   BARBARA S. JONES
                                   UNITED STATES DISTRICT JUDGE

Dated:      New York, New York
            January 23, 2012